**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6635

DANIEL V. F. BLOOM,

       Plaintiff – Appellant,

    v.

W. D. JENNINGS, Ph.D., Warden,

       Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Norman K. Moon, Senior District Judge. (7:12-cv-00057-NKM-RSB)

Submitted: August 16, 2013      Decided: August 21, 2013

Before DUNCAN, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel V. F. Bloom, Appellant Pro Se. Lara Kate Jacobs Todd, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel V. F. Bloom appeals the district court's order granting summary judgment in favor of Defendant Jennings in Bloom's 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Bloom v. Jennings, No. 7:12-cv-00057-NKM-RSB (W.D. Va. Mar. 26, 2013). We deny Bloom's motions for appointment of counsel and oral argument via video conference. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED